IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DOCRX, INC.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   **CIVIL ACTION NO. 14-00486-KD-B** |
| | * |
| **INFORMD, LLC,** *et al.*, | * |
| | * |
| | * |
| Defendants. | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly it is **ORDERED** as follows:

1) That the motion to dismiss is denied;
2) That the Defendants shall file a motion in the Middle District of Louisiana for application of the first filed rule to this action;
3) That this action is stayed pending a decision by the Middle District of Louisiana on the forthcoming motion;
4) That the parties shall file a joint monthly status report as to the progress of the motion, with the first report to be due on or before **July 3, 2015**.

**DONE** this 2nd day of June 2015.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE